942

No. 785. GREENE *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *Russell E. Parsons* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States.

No. 786. NICOLETTI *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. *Richard E. Gorman* and *Wm. Scott Stewart* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Sidney M. Glazer* for the United States.

No. 787. INDEMNITY INSURANCE Co. OF NORTH AMERICA, INC., ET AL. *v.* AMERICAN FIDELITY & CASUALTY Co., INC. C. A. 6th Cir. Certiorari denied. *Peter J. Donahue* for petitioners. *Maurice J. Leen, Jr.* for respondent.

No. 788. KEYSTONE COAT & APRON MFG. CORP. *v.* UNITED STATES. Court of Claims. Certiorari denied. *Edwin J. McDermott* for petitioner. *Solicitor General Cox, Acting Assistant Attorney General Douglas* and *Sherman L. Cohn* for the United States.

No. 796. TECHNICAL TAPE CORP. *v.* MINNESOTA MINING & MANUFACTURING Co. C. A. 7th Cir. Certiorari denied. *Truman S. Safford* for petitioner. *Edward A. Haight* and *Harold J. Kinney* for respondent.

No. 806. BATESVILLE CASKET Co., INC., *v.* JACWIL MFRS. C. A. 7th Cir. Certiorari denied. *Thomas M. Scanlon, Edmund P. Wood* and *William G. Konold* for petitioner. *Patrick H. Hume* for respondent.